UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                         Case No. 03-CR-52

MALKIT SINGH,

        Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATIONS**
**AND OVERRULING OBJECTIONS**

On March 10, 2005, Magistrate Judge Aaron E. Goodstein filed his Order on Defendant's Pre-trial Motions and Recommendation on outstanding motions in the above matter. Objections to the magistrate judge's recommendations were filed by Defendant Singh on April 8, 2005. Although Singh objects to all of the magistrate judge's recommendations, he relies upon his original pleadings and pre- and post-hearing memoranda to support his objections. I have carefully reviewed the magistrate judge's recommendation with respect to the motions before me and agree with his recommendations. Accordingly, I hereby adopt the recommendation of Magistrate Judge Aaron E. Goodstein as my decision in this matter and incorporate it herein by reference.

The only additional matter is Singh's request that the government be ordered to make discovery disclosures required by local rules and the Constitution no later than thirty days prior to trial. The magistrate judge had ordered such disclosure in response to a motion for Busara, and Singh requested the same order apply to him. Singh's request will be granted. The government has

not objected to the magistrate judge's order that the materials in Busara's case be produced thirty days before trial and the same rationale applies to Singh. Given the fact that Singh's trial is scheduled to begin on July 11, the government may have difficulty in meeting this request given the date of this order. In any event, the government should use its best effort to provide the materials to counsel for Singh thirty days before trial, but in no event less than three weeks before trial.

**SO ORDERED**.

Dated this  7th  day of June, 2005.

> s/ William C. Griesbach
> William C. Griesbach
> United States District Judge